SANDRA GUADALUPE SERNA
9637 Park Street
Bellflower, CA 90706
Tel: (562) 315-6599




Debtor in Pro Per, SANDRA GUADALUPE SERNA

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>SANDRA GUADALUPE SERNA<br><br>Debtor. | Case No.: 2:17-bk-10266 ER<br>*[Assigned for all purposes to the Hon. Ernest M. Robles]*<br><br>**DEBTOR'S MOTION TO VACATE THE DISMISSAL** |

The court's dismissal order was entered based on Debtor's failure to file Declaration by Debtor as to whether Income was Received from an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)]. Debtor had submitted her paystubs; however, the Declaration by Debtor [F 1001-1.EMP.INCOME DEC] was missing in the petition and schedules filed.

The Bankruptcy Trustee, Howard M Ehrenberg, assigned to this case filed a Motion to Re-Open the above-mentioned case in order to give time to Debtor to submit the aforementioned Declaration. The United Trustee's Motion was granted and an Order to Reopen the case was filed and entered on April 21, 2017.

On April 25, 2017, Debtor Sandra Guadalupe Serna filed a Motion to Vacate the Dismissal and Request to Reopen the Case. Debtor seeks an order to reconsider the order dismissing the aforementioned case which was entered on

Debtor is hereby filing this Motion to Vacate the Dismissal and Re-Open the Case in order to file the Declaration by Debtor as to whether Income was Received from an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)].

Debtor, hereby PRAYS that:

1. That the voluntary petition filed here on January 9, 2017 be re-opened.
2. The Dismissal of the case be vacated.

DATED: 4/24/2017

By: ______________________________
SANDRA GUADALUPE SERNA
Debtor, In Pro Per

| In re: SANDRA SERNA<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER: 2:17-bk-10266-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3699 Wilshire Boulevard, Suite 720, Los Angeles, CA 90010-2726.

A true and correct copy of the foregoing document described [PROPOSED] ORDER VACATING THE DISMISSAL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/24/2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On ______________________ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Judge Ernest M. Robles
US Bankruptcy Court-Central District of California
255 E. Temple Street, Suite 1568
Los Angeles, CA 90012

Howard M. Ehrenberg (TR)
SULMEYERKUPETZ
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ______________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 24, 2017 | Cielo Guilatco | Cielo Guilatco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |