| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>SANDRA GUALDALUPE SERNA<br>9637 Park Street<br>Bellflower, CA 90706<br>Tel: (562) 315-6599<br><br>☐ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY<br><br>FILED<br>APR 2 6 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>SANDRA GUADALUPE SERNA<br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-10266-ER<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/24/2017     SANDRA GUADALUPE SERNA     X _____[signature]_____
                    Printed name of Debtor 1              Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                         Printed name of Debtor 2                Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                              F 1002-1.EMP.INCOME.DEC

ISSUE DATE: 02/27/17    Please contact your local IHSS county office for PAYMENT questions.

| Recipient | SERNA ANTONIO | ID# 1120672 |
|---|---|---|
| Payee/Provider | SERNA SANDRA G | ID# 002055944 |

| Service Period: 02/01/17 to 02/15/17 | | | Timesheet # | 4015943111 | 30 05 |
|---|---|---|---|---|---|
| Process Date: 02/22/17 | | | **Deductions** | **Current** | **YTD** |
| Pay Rate: | $ 10.50 | | Federal | 20.16 | 70.10 |
| Hours Submitted | H 028 | M 20 | Addt Federal | .00 | .00 |
| | | | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt State | .00 | .00 |
| Total Hours Paid | H 028 | M 20 | FICA | 18.44 | 67.24 |
| Travel Hours | H 000 | M 00 | Medicare | 4.32 | 15.73 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 2.68 | 9.76 |
| | | | Share of Cost | .00 | .00 |
| | **Current** | **YTD** | Recovery | .00 | .00 |
| Regular * | 297.50 | 1084.52 | Lien | .00 | .00 |
| Adjustment | .00 | .00 | Health | .00 | .00 |
| Travel | .00 | .00 | Dues | .00 | 43.60 |
| Overtime | .00 | .00 | Health Trust | .00 | .00 |
| | | | COPE/PEOPLE | .00 | .00 |
| | | | Initiation | .00 | .00 |
| | | | Other Insurance | .00 | .00 |
| **Total Gross** | 297.50 | 1084.52 | | | |
| **Net Pay** | 251.90 | 878.09 | **Total Deductions** | 45.60 | 206.43 |

* Includes Overtime Hours at regular rate.

*[Handwritten annotations: "Bi-weekly Income" at top; "Employer's Name" with arrow pointing to "IHSS"]*

ISSUE DATE: 03/22/17       Please contact your local IHSS county office for PAYMENT questions.

| Recipient | SERNA ANTONIO | | ID# 1120672 |
|---|---|---|---|
| Payee/Provider | SERNA SANDRA G | | ID# 002055944 |

| Service Period: 03/01/17 to 03/15/17 | | | Timesheet # | 4017115808 | 30 05 |
|---|---|---|---|---|---|

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Process Date: 03/17/17 | | | Federal | 18.76 | 136.95 |
| Pay Rate: $ 10.50 | | | Addt Federal | .00 | .00 |
| Hours Submitted | H 027 | M 00 | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt State | .00 | .00 |
| Total Hours Paid | H 027 | M 00 | FICA | 17.58 | 118.67 |
| Travel Hours | H 000 | M 00 | Medicare | 4.11 | 27.75 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 2.56 | 17.23 |
| | | | Share of Cost | .00 | .00 |
| | | | Recovery | .00 | .00 |
| | Current | YTD | Lien | .00 | .00 |
| Regular * | 283.50 | 1914.02 | Health | .00 | .00 |
| Adjustment | .00 | .00 | Dues | .00 | 59.50 |
| Travel | .00 | .00 | Health Trust | .00 | .00 |
| Overtime | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| | | | Initiation | .00 | .00 |
| | | | Other Insurance | .00 | .00 |
| Total Gross | 283.50 | 1914.02 | | | |
| Net Pay | 240.49 | 1553.92 | Total Deductions | 43.01 | 360.10 |

* Includes Overtime Hours at regular rate.

ISSUE DATE: 04/06/17                Please contact your local IHSS county office for PAYMENT questions.

| Recipient | SERNA ANTONIO | ID# 1120672 |
|---|---|---|
| Payee/Provider | SERNA SANDRA G | ID# 002055944 |

| Service Period: 03/16/17 to 03/31/17 | | | Timesheet # | 4017646977 | 30  05 |
|---|---|---|---|---|---|
| Process Date: 04/03/17 | | | **Deductions** | **Current** | **YTD** |
| Pay Rate: $ 10.50 | | | Federal | 30.66 | 167.61 |
| Hours Submitted | H 038 | M 20 | Addt Federal | .00 | .00 |
| | | | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt State | .00 | .00 |
| Total Hours Paid | H 038 | M 20 | FICA | 24.95 | 143.62 |
| Travel Hours | H 000 | M 00 | Medicare | 5.84 | 33.59 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 3.62 | 20.85 |
| | | | Share of Cost | .00 | .00 |
| | | | Recovery | .00 | .00 |
| | **Current** | **YTD** | Lien | .00 | .00 |
| Regular * | 402.50 | 2316.52 | Health | .00 | .00 |
| Adjustment | .00 | .00 | Dues | 21.80 | 81.30 |
| Travel | .00 | .00 | Health Trust | .00 | .00 |
| Overtime | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| | | | Initiation | .00 | .00 |
| | | | Other Insurance | .00 | .00 |
| **Total Gross** | 402.50 | 2316.52 | | | |
| **Net Pay** | 315.63 | 1869.55 | **Total Deductions** | 86.87 | 446.97 |

\* Includes Overtime Hours at regular rate.

ISSUE DATE: 04/21/17          Please contact your local IHSS county office for PAYMENT questions.

| Recipient | SERNA ANTONIO | ID# 1120672 |
|---|---|---|
| Payee/Provider | SERNA SANDRA G | ID# 002055944 |

| Service Period: 04/01/17 to 04/15/17 | | | Timesheet # | 4018363323 | 30 05 |
|---|---|---|---|---|---|
| Process Date: 04/18/17 | | | **Deductions** | **Current** | **YTD** |
| Pay Rate:    $  10.50 | | | Federal | 30.66 | 198.27 |
| Hours Submitted | H 038 | M 20 | Addt Federal | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | State | .00 | .00 |
| Total Hours Paid | H 038 | M 20 | Addt State | .00 | .00 |
| Travel Hours | H 000 | M 00 | FICA | 24.96 | 168.58 |
| Overtime Hours | H 000 | M 00 | Medicare | 5.84 | 39.43 |
| | | | SDI/DIEC | 3.62 | 24.47 |
| | | | Share of Cost | .00 | .00 |
| | **Current** | **YTD** | Recovery | .00 | .00 |
| Regular * | 402.50 | 2719.02 | Lien | .00 | .00 |
| Adjustment | .00 | .00 | Health | .00 | .00 |
| Travel | .00 | .00 | Dues | .00 | 81.30 |
| Overtime | .00 | .00 | Health Trust | .00 | .00 |
| | | | COPE/PEOPLE | .00 | .00 |
| | | | Initiation | .00 | .00 |
| | | | Other Insurance | .00 | .00 |
| **Total Gross** | 402.50 | 2719.02 | | | |
| **Net Pay** | 337.42 | 2206.97 | **Total Deductions** | 65.08 | 512.05 |

* Includes Overtime Hours at regular rate.

**PERSONAL AND CHECK INFORMATION**
SANDRA SERNA
9637 PARK ST.
BELLFLOWER, CA 90706

Soc Sec #: XXX-XX-XXXX    Employee ID: 53040
Hire Date: 01/01/13
Status: TP
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Div/Br/Dept: 2/RESPIT/18

Pay Period: 02/01/17 to 02/15/17
Check Date: 02/23/17    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED | |
|---|---|---|---|
| CA SICK | 16.967 | 0.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 6808 | 383.89 | 735.70 |
| Net Pay | 383.89 | 735.70 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY REGULAR | 35.00 | 13.1300 | 459.55 | 67.00 | 879.71 |
| **HOURS WORKED** | 35.00 | | | 67.00 | |
| **ADJ EARNINGS** | | | 459.55 | | 879.71 |
| **GROSS EARNINGS** | 35.00 | | 459.55 | 67.00 | 879.71 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 36.37 | 68.80 |
| OASDI | 28.49 | 54.54 |
| MEDICARE | 6.66 | 12.75 |
| STATE SDI CA | 4.14 | 7.92 |
| TOTAL | 75.66 | 144.01 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 383.89 | 735.70 |

*Payrolls by Paychex, Inc.*
**0483-C433** PREMIER HEALTHCARE SERVICES LL ▪ 815 E COLORADO BLVD SUITE 400 ▪ LOS ANGELES, CA 90041 ▪

**PERSONAL AND CHECK INFORMATION**
SANDRA SERNA
9637 PARK ST.
BELLFLOWER, CA 90706

Soc Sec #: XXX-XX-XXXX   Employee ID: 53040
Hire Date: 01/01/13
Status: TP
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Div/Br/Dept: 2/RESPIT/18

Pay Period: 03/01/17 to 03/15/17
Check Date: 03/23/17    Check #: Direct Deposit
**TIME OFF** *(Based On Policy Year)*

| DESCRIPTION | AVAILABLE | USED | |
|---|---|---|---|
| CA SICK | 17.767 | 0.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 6808 | 266.24 | 1001.94 |
| **Net Pay** | **266.24** | **1001.94** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY REGULAR | 24.00 | 13.1300 | 315.12 | 91.00 | 1194.83 |
| HOURS WORKED | 24.00 | | | 91.00 | |
| ADJ EARNINGS | | | 315.12 | | 1194.83 |
| GROSS EARNINGS | 24.00 | | 315.12 | 91.00 | 1194.83 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 21.93 | 90.73 |
| | OASDI | 19.54 | 74.08 |
| | MEDICARE | 4.57 | 17.32 |
| | STATE SDI CA | 2.84 | 10.76 |
| | TOTAL | 48.88 | 192.89 |

| | | CURRENT ($) | YTD ($) |
|---|---|---|---|
| NET PAY | | 266.24 | 1001.94 |

*Payrolls by Paychex, Inc.*
**0483-C433** PREMIER HEALTHCARE SERVICES LL ■ 815 E COLORADO BLVD SUITE 400 ■ LOS ANGELES, CA 90041 ■

*(handwritten annotations):* ↑ Employers Name / Monthly Income

**PERSONAL AND CHECK INFORMATION**
SANDRA SERNA
9637 PARK ST.
BELLFLOWER, CA 90706

Soc Sec #: XXX-XX-XXXX  Employee ID: 53040
Hire Date: 01/01/13
Status: TP
Filing Status:
Federal: Single, 0
State: CA, Single, 0
Div/Br/Dept: 2/RESPIT/18

Pay Period: 04/01/17 to 04/15/17
Check Date: 04/24/17  Check #: Direct Deposit
**TIME OFF** (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED | |
|---|---|---|---|
| CA SICK | 18.567 | 0.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 6808 | 266.24 | 1268.18 |
| Net Pay | 266.24 | 1268.18 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY REGULAR | 24.00 | 13.1300 | 315.12 | 115.00 | 1509.95 |
| **HOURS WORKED** | 24.00 | | | 115.00 | |
| **ADJ EARNINGS** | | | 315.12 | | 1509.95 |
| **GROSS EARNINGS** | 24.00 | | 315.12 | 115.00 | 1509.95 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 21.93 | 112.66 |
| OASDI | 19.54 | 93.62 |
| MEDICARE | 4.57 | 21.89 |
| STATE SDI CA | 2.84 | 13.60 |
| TOTAL | 48.88 | 241.77 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 266.24 | 1268.18 |

*Payrolls by Paychex, Inc.*
**0483-C433** PREMIER HEALTHCARE SERVICES LL ▪ 815 E COLORADO BLVD SUITE 400 ▪ LOS ANGELES, CA 90041 ▪